**PRISONER CASE**

M/HW

UNITED STATES DISTRICT
NORTHERN DISTRICT OF

Civil Cover S[heet]

**08CV1729**
**JUDGE MANNING**
**MAG. JUDGE COX**

| | |
|---|---|
| **Plaintiff(s):** TYREE JACKSON | **Defendant(s):** SGT. GRANT, et al. |
| **County of Residence:** KNOX | **County of Residence:** |
| **Plaintiff's Address:** Tyree Jackson R-06066 Hill - HIL P.O. Box 1700 Galesburg, IL 61401 | **Defendant's Attorney:** Illinios Department of Corrections 100 West Randolph, Suite 4-200 Chicago, IL 60601 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

FILED
3-25-2008
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 03/25/2008