AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

**FILED**
MAR 2 5 2008 *aew*
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE **08CV1729
JUDGE MANNING
MAG. JUDGE COX**

I, __TYREE JACKSON__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __HENRY HILL CORR CTR__

   Are you employed at the institution? __NO__  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

3-6-08
Date

*Tyrell Jackson*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ __307.14__ in his trust fund account at this correctional center where is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: __NONE__

_____

_____

_____

_Cheryl Goslin_
Authorized Officer

_Hill C C_
Institution

_Account Tech I_
Title

_3-18-08_
Date


**IMPORTANT:**

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Revised Jan 2002

Date: 3/18/2008  Case 1:08-cv-01729  Document 3  Filed 03/25/2008  Page 4 of 5  Page 1
Time: 8:51am
d_list_inmate_trans_statement_composite

Hill Correctional Center
Trust Fund
View Transactions

**Inmate:** R06066 Jackson, Tyree     **Housing Unit:** HIL-R4-B -31

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.02 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257179 | | P/R month of 08/2007 | 15.00 | 15.02 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257215 | 10796142148 | Campbell, Berita | 50.00 | 65.02 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257215 | 10796142126 | Campbell, Berita | 50.00 | 115.02 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257215 | 10796142137 | Campbell, Berita | 50.00 | 165.02 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257215 | 10796142104 | Campbell, Berita | 50.00 | 215.02 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257215 | 10796142115 | Campbell, Berita | 50.00 | 265.02 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257215 | 10796142150 | Campbell, Berita | 50.00 | 315.02 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257156 | | P/R month of 08/2007 | -15.00 | 300.02 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257179 | | P/R month of 08/2007 | 15.00 | 315.02 |
| 09/24/07 | Point of Sale | 60 Commissary | 267705 | 409161 | Commissary | -22.49 | 292.53 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285215 | 11635919943 | Campbell, Berita | 50.00 | 342.53 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285215 | 11635919921 | Campbell, Berita | 50.00 | 392.53 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285215 | 11635919954 | Campbell, Berita | 50.00 | 442.53 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285215 | 11635919932 | Campbell, Berita | 50.00 | 492.53 |
| 10/12/07 | Point of Sale | 60 Commissary | 285724 | 410745 | Commissary | -23.28 | 469.25 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285179 | | P/R month of 09/2007 | 15.00 | 484.25 |
| 10/18/07 | Disbursements | 80 Postage | 291363 | Chk #95080 | 10-15-07, DOC: 523 Fund Reimbu, Inv. Date: 10/15/2007 | -1.14 | 483.11 |
| 10/26/07 | Point of Sale | 60 Commissary | 299705 | 412263 | Commissary | -213.35 | 269.76 |
| 11/05/07 | Disbursements | 88 catalog | 309363 | Chk #95200 | 11-02-07, ASHANTIS CREATIVE TO, Inv. Date: 11/02/2007 | -7.00 | 262.76 |
| 11/08/07 | Point of Sale | 60 Commissary | 312722 | 412980 | Commissary | -100.18 | 162.58 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317215 | 11637272597 | Campbell, Berita | 50.00 | 212.58 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317215 | 11637272608 | Campbell, Berita | 50.00 | 262.58 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317215 | 11637272610 | Campbell, Berita | 50.00 | 312.58 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317215 | 11637272621 | Campbell, Berita | 50.00 | 362.58 |
| 11/16/07 | Payroll | 20 Payroll Adjustment | 320179 | | P/R month of 10/2007 | 16.02 | 378.60 |
| 11/19/07 | Point of Sale | 60 Commissary | 323722 | 413987 | Commissary | -83.74 | 294.86 |
| 11/19/07 | Disbursements | 88 gift | 323363 | Chk #95362 | 11-19-07, Bo Bo, Debra, Inv. Date: 11/19/2007 | -150.00 | 144.86 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338215 | 11637273565 | Campbell, Berita | 50.00 | 194.86 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338215 | 11637273576 | Campbell, Berita | 50.00 | 244.86 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338215 | 11637273532 | Campbell, Berita | 50.00 | 294.86 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338215 | 11637273554 | Campbell, Berita | 50.00 | 344.86 |
| 12/06/07 | Point of Sale | 60 Commissary | 340705 | 415930 | Commissary | -125.14 | 219.72 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347179 | | P/R month of 11/2007 | 10.00 | 229.72 |
| 12/17/07 | Disbursements | 80 Postage | 351363 | Chk #95607 | 12-13-07, DOC: 523 Fund Inmate, Inv. Date: 12/13/2007 | -.17 | 229.55 |
| 12/20/07 | Point of Sale | 60 Commissary | 354722 | 417200 | Commissary | -69.71 | 159.84 |
| 01/03/08 | Point of Sale | 60 Commissary | 003705 | 418349 | Commissary | -74.40 | 85.44 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 11637862007 | Campbell, Berita | 50.00 | 135.44 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 11637861985 | Campbell, Berita | 50.00 | 185.44 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 11637861996 | Campbell, Berita | 50.00 | 235.44 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 11637861952 | Campbell, Berita | 50.00 | 285.44 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 11637861963 | Campbell, Berita | 50.00 | 335.44 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 11637861974 | Campbell, Berita | 50.00 | 385.44 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011179 | | P/R month of 12/2007 | 10.00 | 395.44 |
| 01/16/08 | Disbursements | 88 t.v. diagnostic fee | 016363 | Chk #95891 | 01-16-08, Dunn & Julian T.V. R, Inv. Date: 01/16/2008 | -20.00 | 375.44 |
| 01/17/08 | Disbursements | 90 Medical Co-Pay | 017363 | Chk #95924 | 01-16-08, DOC: 523 Fund Inmate, Inv. Date: 01/16/2008 | -2.00 | 373.44 |
| 01/17/08 | Disbursements | 80 Postage | 017363 | Chk #95924 | 01-09-08, DOC: 523 Fund Inmate, Inv. Date: 01/09/2008 | -2.16 | 371.28 |
| 01/17/08 | Point of Sale | 60 Commissary | 017705 | 419806 | Commissary | -75.86 | 295.42 |
| 01/30/08 | Disbursements | 88 catalog | 030363 | Chk #96014 | 01-30-08, ASHANTIS CREATIVE TO, Inv. Date: 01/30/2008 | -7.00 | 288.42 |

# Hill Correctional Center
## Trust Fund
### View Transactions

**Inmate:** R06066 Jackson, Tyree  **Housing Unit:** HIL-R4-B -31

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Disbursements | 88 t.v. repair | 031363 | Chk #96055 | 01-31-08, Dunn & Julian T.V. R, Inv. Date: 01/31/2008 | -49.19 | 239.23 |
| 02/08/08 | Point of Sale | 60 Commissary | 039721 | 421229 | Commissary | -121.29 | 117.94 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046179 | | P/R month of 01/2008 | 10.00 | 127.94 |
| 02/25/08 | Point of Sale | 60 Commissary | 056724 | 422142 | Commissary | -127.24 | .70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894835 | Campbell, Berita | 50.00 | 50.70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894846 | Campbell, Berita | 50.00 | 100.70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894857 | Campbell, Berita | 50.00 | 150.70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894868 | Campbell, Berita | 50.00 | 200.70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894824 | Campbell, Berita | 50.00 | 250.70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894813 | Campbell, Berita | 50.00 | 300.70 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11637894802 | Campbell, Berita | 50.00 | 350.70 |
| 03/07/08 | Point of Sale | 60 Commissary | 067724 | 423596 | Commissary | -52.74 | 297.96 |
| 03/12/08 | Payroll | 20 Payroll Adjustment | 072179 | | P/R month of 02/2008 | 9.18 | 307.14 |

|  |  |
|---|---|
| Total Inmate Funds: | 307.14 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 307.14 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |