FILED
MAY 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01729   Document 6   Filed 05/06/2008   Page 1 of 17

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 2 5 2008
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TYREE JACKSON
ID#R-06066
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sgt. Grant, L.t. Wilson, C/o
Edward C/o J. Allen med-tech
Thomas L.t. Buczkowski L.t.
Givens, L.t. Brown med-tech
Wendy
_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1729
JUDGE MANNING
MAG. JUDGE COX

Case N_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1.

I. **Plaintiff(s):**

A. Name: TYREE JACKSON

B. List all aliases:

C. Prisoner identification number: R-06066

D. Place of present confinement: HILL CORRECTIONAL CENTER

E. Address: 600 Linwood Road Galesburg, IL 61401

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: L.t Wilson

Title: Lieutenant

Place of Employment: Stateville Corr. Center

B. Defendant: Sgt. Grant

Title: Sergent

Place of Employment: Stateville corr. center

C. Defendant: C/O J. Allen

Title: Correctional officer

Place of Employment: Stateville Corr. Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Exhaustion of Administrative Remedies

A. Yes I have filed a grievance concerning the facts in this complaint.

B. Yes There is a grievance procedure

C. I file a grievance on 2005 and I Never received a response.

1. There was no result's and I was transfered due to filing a grievance about this incident.

2. As of today I never received any type of official response.

3. I've wrote Springfield and nobody has responded and I Just found out that I have to file my complaint without the grievance.

D. Yes, the grievance procedure is completed.

E. Yes, I did complain to the authorities.

F. I took the step's as to writing several letter's to the counselor, and the warden.

G. The result's was I was transfered and no answer to the grievane or the letter's.

D. Defendant: C/o EDward
   Title: Correctional officer
   Place of Employment: Stateville Correctional Center

E. Defendant: med-tech. THomas
   Title: medical Tech
   Place of Employment: Stateville Correctional Center

F. Defendant: L.t. Givens
   title: Lieutenant
   Place of Employment: Stateville Correctional Center

G. Defendant: L.t Brow
   title: Lieutenant
   Place of Employment: Stateville Correctional Center

H. Defendant: L.t. Buczkowski
   title: Lieutenant
   Place of Employment: Stateville Correctional Center

I. Defendant: med-tech Wendy
   title: med-tech
   Place of Employment: Stateville Correctional Center

Statement of Claim:

On may 26th 2005 I mr. TYREE Jackson #R-06066 was in F-House SEG cell #109 in Stateville Corr. c.t.r when a incident concerning several stateville official's placed my health and safety, and medical attention in Danger and Denied me my right's to see a doctor after placing the official's on notice that I'am asthmatic.

Whereas; All name officer's deliberately stood, by and allowed this incident to get out of control at the hand's of correctional officer's. The 3/11 shift official's are the one's that initiated this entire event, L.t Wilson and Sgt. Grant were the first two named official's to spray mace into my face and this created this event as this event escalted out of control. As L.t Wilson and Sgt. Grant were dancing in front of the F-house unit and flashing their false 434 report's and saying that they were going to get paid and that they had alflac. This event could have been avoided totally only if the assign official's of this unit would have taken control of their unit, and Not allowed two known aggressor named L.t Brown, L.t Givens to walk into their unit and walk the lower gallery and the two went to cell F-129 and said something to the inmate in that cell, and the two open up the chuck, and placed a can of mace each "2" into the cell and held the can's in the chuck hole until they were empty and this caused

me more breathing problem's due to that I was in the Cell F-109 next to where this incident first took place and I have asthma since I was born Alone with very bad Allergies and It became hard for me to breath and there was nothing done about my breathing as I told Sgt Grant and L.t Wilson about my medical problem's.

As It's Known Seg is a non-smoking unit and Sgt, Grant was the unit Sgt, but Sgt, Grant did not care about this unit being a non-smoking unit Sgt, Grant lit a long white Cigarette and started walking the lower gallery saying that nigger had that coming that he's a "Got damn Baby Raper, and as Sgt, Grant walked towards Cell 129-31 Sgt, Grant is talking very crazy to All Inmate's, and Sgt, Grant See all of the trash piled up, but Sgt, Grant thump's his cigarette in the trash Knowing that if one state mattresses start's to burn that there's going to be plenty of black toxic smoke coming from that one mattress.

Now there was a 150 to 200 gallon grey Plastic garbage can alone with 20 or more Big-bag's of Styrafoam tray's, and 4, to 6 mattresses and Big Card Board Boxes with more Styrafoam tray's sitting by the back door, now just a few minutes later the trash went up in flame and the black smoke filled the entire Unit and it had a very strong odor that was toxic and my Life was placed in Jeopardy as the name officer's

L.t. Wilson Sgt. Grant L.t. Givens L.t. Brown L.t. Buczkowski L.t. Davis L.t. Sawyer C/o J. Allen C/o Edwards C/o Palma C/o Phelps and med-tech Wendy med-tech Thomas.

Defendant, L.t. m. Wilson was the initiator alone with his crew of the unit on May 26th 2005. While this incident placed the plaintiff health and safety in jeopardy. Also for allowing this entire incident to get out of control, and forcing the plaintiff to inhale toxic smoke that came from the burning mattresses, and alone with the mace that was sprayed into my face by L.t. m. Wilson for no reason at all. Also L.t. m. Wilson is sued in his individual capacity for dening the plaintiff his right to be protected and his health and safety be protected and to see a doctor or med-tech while requesting one or the other during this incident while L.t m. Wilson displayed delibreate indifferance.

Defendant, Sgt. Grant as it's known is the one whom's had the cell door open without handcuffing the inmate next door to the cell that the plaintiff was housed in, and spraying the plaintiff with mace for no reason at all and dening the plaintiff the right to wash the mace out of his eyes and the denial of medical attention after the plaintiff placed him on notice that he has asthma and that his inhaler's were not helping him breath after being sprayed by both L.t. m. Wilson and Sgt. Grant Also after Sgt. Grant threw his lit cigarette into the

very large plastic garbage can, for this denial Sgt. Grant is sued in his individual capacity for the denial of protecting the health and safety of the plaintiff, and for his deliberate indifference acts.

Defendant, C/o J. Allen was the initiator of this entire incident that subjected the plaintiff to inhale toxic smoke from the burning mattresses and toxic chemical's while standing at the back door with a fire extinguisher in his hand's and allowing the fire to burn down a 200 gallon plastic garbage can before spraying enough water on the fire to make the fire to smoke even more. defendant C/o J. Allen is sued in his individual capacity for his deliberate indifference and the denial of protecting the health and safety of the plaintiff.

Defendant, L.t Buczkowski is sued in his individual capacity for subjecting the plaintiff to cruel and unusual punishment, and for the denial of protecting the plaintiff's health and safety. While L.t. Buczkowski stood at the back door alone with C/o J. Allen with fire extinguisher's in their hand's and allowing the fire to burn down a 200 houndred gallon garbage can before spraying enough water on the fire and tell all inmate's that aint Shit wrong' with Y'all Just put some pressure on Y'all bunk.

Defendant, L.t. Given's was deliberately indifference and denied the plaintiff his right's to have his health and safety protected while L.t. Givens subjected the Plaintiff to cruel and unusual punishment, wheres L.t Givens alone with L.t. Brown while the two open up the chuck hole of F-129 some 20 cells away from my cell and placed two large size can's of mace into the cell and held the canis into the until they were empty and flooded the entire cell house with mace on top of the other two can's of mace that were sprayed by L.t. M. Wilson and Sgt. Grant some few minutes earlyer. L.t Givens is sued in his individual capacity for his deliberate indifference and for failing to protect the health and safety of the plaintiff.

Defendant, L.t. Brown is sued in his individual capacity for his deliberate indifference act's while dening the plaintiff his right's to have his health and safety protected by the official's of Stateville Correctional Center, while L.t. Brown part taken alone with L.t. Givens went to cell 129 of F house and placed two can's into the cell and sprayed them until the can's were empty and for failing to stop these unethicial act's stop by himself and his fello Comrade's official's.

Defendant, C/O Edwards is sued in his individual capacity for part taken in this incident that lead up to the plaintiff health and safety being denied after C/O

Edwards and his crew initiated this incident when C/o Edwards was one that started calling the inmate next cell to the plaintiff a baby raper and telling the plaintiff to shut the fuck up before you be next to get your ass kick and after the plaintiff requested to see a doctor or med-tech after C/o Edward's and his fellow Comrade's beat down a inmate next cell to the plaintiff and knowing that the plaintiff was having problem's breathing and not calling a med-tech for the plaintiff

Defendant, med-tech Thomas is sued in his individual capacity for dening the plaintiff medical-Attention after requesting to see a doctor and it's known that the plaintiff is a asthmatic and that after inhaling toxic smoke and mace that a asthmatic need's breathing treatment and med-tech Thomas kept telling the plaintiff that he would get him up to the doctor, but that never took place.

Defendant, med-tech Wendy is sued in her individua capacity for denial of medical Attention while the plaintiff requested to see a doctor or a breathing treatment and med-tech wendy told the plaintiff to see your morning med-tech Sand-man-Thomas.

Therefor; Every named official's in the above list that knew about both, health and safety problem described above and the resulting risk to the petitioner's health and safety, are sued in their individual capacity while the risk was longstanding, prevasive, and apparent to any knowledgeable observer.

Relief:
   Delcare that the acts and omissions described herein: Violation of plaintiff's rights under the constitution and laws of the United States. Enter preliminary and permanent injunctions ordering defendant Lit M. Wilson and his fello officials to protect the health and safety of plaintiff and Enter Judgement in favor of plaintiff for nominal compensatory and puntive damages, as alloued by law against each defendant.

## CERTIFICATION

By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court.
   Signed this 3 day of 6, 2008

_____
(Signature of Plaintiff)
TYREE JACKSON
Print name
R-06066
I.D. number
P.O box 1700
Galesburg, IL. 61401

IN RE ▮▮▮▮▮▮▮▮

Declaration under Penalty of perjury of Anthony Conley, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1746:

1. On May 26th 2005 I Mr. Anthony Conley ID# K-57454 was in F-House Seg unit in Stateville Corr. C.T.R. when a incident took place at the hands of several Stateville staff, C/O's L.t's and Sgt. C/O J. Allen Sgt. Grant L.t M. Wilson C/O Edwards and a Inmate Mohamad who was in cell F-110.

2. All named officials went to cell F-110 and started a out of control act against Inmate Mohamad calling him very foul names such as Baby Raper, Bitch, Punk and several other unappropriate names. Then Sgt. Grant radioed the tower to open cell F-110 without hand cuffing Inmate Mohamad and all named officials ran into the cell and started punching and kicking this inmate and things got out of control with all of these officials.

3. Then there are other named officials L.t Givens L.T Brown walking the first gallery where's these two L.t's stoped at cell F-129 and said somthing to the inmate in that cell and the next thing they did was open the chuck hole and sprayed two cans of mace into cell F129

after SGT Grant and L.t M. Wilson had sprayed Inmate Mohamad and inmate Tyree Jackson #R06066 who was in cell F-109.

4. I could hear Tyree Jackson #R06066 F-109 calling SGT Grant and CT Davis telling them that he had very bad asthma and that he was having a hard time breathing and that he needed to see a med tech but they didnt call anyone or see what was wrong with the inmates who requested med tech they just proceeded to carry out their out of control acts.

5. SGT Grant proceeded to walk the first floor gallery smoking a long white cigarette and when he near my cell I proceeded to call him to tell him that I was having a hard time breathing I also heard Tyree Jackson calling him telling him that he couldnt breath then SGT. Grant yelled and said if you keep that bullshit up and keep calling him that he wasnt going to do shit. He said keep on calling me and Im not going to call no med tech or no other mother fucking body so you need to sit the fuck down. As of today SGT. Grant never called a med tech to check on me or anyone else asking for medical attention.

6. I clearly heard Tyree Jackson calling for medical attention as long as someone was present and not one of the officials tryed to help him. Then as SGT Grant made it to cell F129 he had words with some inmate and SGT Grant started to curse

out inmates and threw his ciggarette into the garbage can and walked off to the front of the unit and started dancing. Meanwhile the trash started to burn and that caused the whole F-House unit to be filled with thick black smoke. There were several boxes & mattresses also styrafoam trays in the trash. NO officials tried to put the fire out. The fire was very big like a big camp fire and the cell house was filled with thick black toxic smoke. They power was cut off along with the warter and there was no ventolation fan or anything turned on to pull this toxic smoke out. There was no water for us to wash our eyes out or drink. None of the officials did anything about getting any of us medical attention. I personally heard Tyree Jackson tell Sgt. Grant that he needed to see a med tech because he couldnt breath and that his asthma was acting up and the Sgt. paid him no mind. As if this cituation wasnt serious.

Pursuant to 28 U.S.C § 1746 I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 16, 2007

Anthony Conley
ID# K-57454

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

TYREE JACKSON )
**Plaintiff/Petitioner** )
)
)
vs. )  No. _____
)
L.t. M. Wilson )
**Defendant/Respondent** )

---

## PROOF/CERTIFICATE OF SERVICE

TO: Prisoners correspondence  TO: _____
Clerk
Northern District of Illinois  _____

219 S. Dearborn Street  _____
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on __3-6-08__, 2008, I placed the documents listed below in the institutional mail at HIll Corr. C.t.R Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: HIll Corr C.t.R Po. box 1700 Galesburg IL 61401

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: __3-6-08__   /s/ _Tyree Jackson_
NAME: _Tyree Jackson_
IDOC No. _R06606_
_Hill_ Correctional Ctr.
POB _1700_
_Galesburg_, IL